# Exhibit 1

**District 1**

# Case Summary

**Case No. 2025L007983**

| | | | |
|---|---|---|---|
| **Mollie Williams -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, R** **06/23/2025** **56079** |

---

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025 Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007983 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, R |

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Williams, Mollie** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

Printed on 04/06/2026 at 8:46 AM

**District 1**

**Case Summary**

**Case No. 2025L007983**

---

Events and Orders of the Court

---

08/22/2025  
Summons Served - Corporation/Company/Business
*Affidavit of Service of Summons served on defendant Midea*
  Party:   Plaintiff Williams, Mollie
*Affidavit of Service of Summons served on defendant Midea*

08/20/2025  
*CANCELED* **First Time Case Management**   (9:30 AM)   (Judicial Officer: Otto, Michael F)
  Resource: Location L2208 Court Room 2208
  Resource: Location D1 Richard J Daley Center
*Order of Court*

08/08/2025  
Summons Issued And Returnable
*Summons to Corelle Brands*
  Party:   Plaintiff Williams, Mollie
*Summons to Corelle Brands*

08/08/2025  
Summons Issued And Returnable
*Summons to Midea America*
  Party:   Plaintiff Williams, Mollie
*Summons to Midea America*

07/24/2025  
Place On Bankruptcy Calendar - Allowed -   (Judicial Officer: Lyons, Thomas V., II)
  Party:   Plaintiff Williams, Mollie

07/24/2025  
Strike From Case Management Call - Allowed   (Judicial Officer: Lyons, Thomas V., II)
  Party:   Plaintiff Williams, Mollie

07/17/2025  
Electronic Notice Sent
  Party:   Plaintiff Williams, Mollie
  Party 2:   Attorney Cesarone, Frank Vincent

07/17/2025  
Electronic Notice Sent
  Party:   Plaintiff Williams, Mollie
  Party 2:   Attorney Cesarone, Frank Vincent

07/07/2025  
Notice Filed
*Plaintiff's Notice of Stay*
  Party:   Plaintiff Williams, Mollie
*Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025  
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint & Jury Demand (Williams)*
  Party:   Plaintiff Williams, Mollie
  Party 2:   Attorney Cesarone, Frank Vincent
*Complaint & Jury Demand (Williams)*

06/23/2025  
Exhibits Filed
*Civil Cover Sheet (Williams)*
  Party:   Plaintiff Williams, Mollie
  Party 2:   Attorney Cesarone, Frank Vincent
*Civil Cover Sheet (Williams)*